

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-72,811-06

**EX PARTE RICARDO ANTONIO FRANCO, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W01-74419-S(D) IN THE 282ND DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of indecency with a child and sentenced to imprisonment for sixty years.

On March 28, 2019, the trial court signed an order designating issues. The habeas record has been properly forwarded to this Court under Rule of Appellate Procedure 73.4(b)(5), but the record was forwarded before the trial court made findings of fact and conclusions of law. We remand this application so the trial judge can complete an evidentiary investigation and make findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: October 23, 2019
Do not publish